UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | NO. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENTS**

Pursuant to the Court's October 8, 2025, Order (Doc. No. 1260), the remaining Defendants[1] in this matter hereby respond to Plaintiffs' Motion for Preliminary Approval of Class Settlements and for Appointment of Settlement Class Representatives, Settlement Class Counsel and Settlement Administrator (Doc. No. 1247) as follows: Defendants do not oppose the relief sought in the Motion.

[signature blocks on following page]

---

[1] Filing Defendants include Camden Property Trust; Cortland Management, LLC; Equity Residential; Essex Property Trust, Inc.; Independence Realty Trust, Inc.; Willow Bridge Property Co. (formerly known as Lincoln Property Co.); Mid-America Apartment Communities, Inc.; Mid-America Apartments, LP; Morgan Properties, LLC; RPM Living LLC; Sares Regis Group Commercial, Inc.; The Related Companies, L.P.; Related Management Company, L.P.; Rose Associates, Inc.; ZRS Management, LLC; Trammel Crow Residential Co.; Crow Holdings, LP; UDR, Inc.; Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.; and Highmark Residential, LLC. As previewed in Plaintiffs and Settling Defendants' Quarterly Settlement Report filed September 30, 2025 (Doc. No. 1243), Defendant Highmark has reached a settlement in principle with Plaintiffs but joins this Response since its settlement has not yet been finalized, and Highmark was not included in Plaintiffs' October 8 filing.

Dated: October 14, 2025

| | |
|---|---|
| */s/ David D. Cross* | */s/ Jeffrey L. Kessler* |
| David D. Cross (admitted *pro hac vice*) | Jeffrey L. Kessler |
| dcross@goodwinlaw.com | JKessler@winston.com |
| Alexandra Russell (admitted *pro hac vice*) | Sofia Arguello |
| arussell@goodwinlaw.com | SArguello@winston.com |
| Julia Maloney (admitted *pro hac vice*) | WINSTON & STRAWN LLP |
| juliamaloney@goodwinlaw.com | 200 Park Avenue |
| Fatmeh Basma (admitted *pro hac vice*) | New York, NY 10166 |
| fbasma@goodwinlaw.com | Telephone: (212) 294-6700 |
| Julia Stamper (admitted *pro hac vice*) | |
| jstamper@goodwinlaw.com | Conor Reidy |
| GOODWIN PROCTER LLP | CReidy@winston.com |
| 1900 N Street, NW | Matthew DalSanto |
| Washington, D.C. 20036 | MDalSanto@winston.com |
| Telephone: (202) 346-4000 | WINSTON & STRAWN LLP |
| | 300 N. LaSalle Drive, Suite 4400 |
| Kathryn M. Baldwin (admitted *pro hac vice*) | Chicago, IL 60654 |
| kbaldwin@goodwinlaw.com | Telephone: (312) 558-5600 |
| Ben Campbell (admitted *pro hac vice*) | |
| bencampbell@goodwinlaw.com | Kevin Goldstein |
| GOODWIN PROCTER LLP | KBGoldstein@winston.com |
| 620 Eighth Avenue | WINSTON & STRAWN LLP |
| New York, NY 10018 | 1901 L Street, N.W. |
| Telephone: (212) 813-8800 | Washington, D.C. 20036-3506 |
| | Telephone: (202) 282-5000 |
| */s/ Joshua L. Burgener* | |
| jburgener@fbtlaw.com | Alyse F. Stach |
| FROST BROWN TODD LLC | astach@bakerlaw.com |
| 150 3rd Ave S., Suite 1900 | BAKER & HOSTETLER LLP |
| Nashville, TN 37201 | 1735 Market Street, Suite 3300 |
| Telephone: (615) 251-5667 | Philadelphia, PA 19103-7501 |
| | Telephone: (215) 568-3100 |
| *Counsel for Defendant UDR, Inc.* | |
| | Justin P. Murphy |
| | jpmurphy@bakerlaw.com |
| | BAKER & HOSTETLER LLP |
| | 1050 Connecticut Ave. N.W., Suite 1100 |
| | Washington, D.C. 20236-5403 |
| | Telephone: (202) 861-1529 |

Stephen J. Zralek, BPR #018971
szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

<div style="columns:2">

*/s/ Lynn H. Murray*
Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

*/s/ Todd R. Seelman*
Todd R. Seelman, admitted *Pro Hac Vice*
Thomas L. Dyer, admitted *Pro Hac Vice*
**Lewis Brisbois Bisgaard & Smith LLP**
1700 Lincoln Street, Suite 3500
Denver, Colorado 80203
Telephone: (720) 292-2002
Todd.Seelman@lewisbrisbois.com
Thomas.Dyer@lewisbrisbois.com

*Counsel for Defendant Cortland Management, LLC*

*/s/ John J. Sullivan*
John J. Sullivan (admitted *pro hac vice*)
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

Thomas Ingalls (admitted *pro hac vice*)
tingalls@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 471-3411

Robert S. Clark (admitted *pro hac vice*)
robertclark@cozen.com
Nathan J. Larkin (admitted *pro hac vice*)
nlarkin@cozen.com
COZEN O'CONNOR P.C.
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 366-4463

*Counsel for Defendants Independence Realty Trust, Inc.*

</div>

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

/s/ Britt M. Miller
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Rachel J. Lamorte (admitted *pro hac vice*)
rlamorte@mayerbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3262

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

| | |
|---|---|
| */s/ Michael D. Bonanno* | */s/ David A. Walton* |
| Michael D. Bonanno (admitted *pro hac vice*) | David A. Walton |
| mikebonanno@quinnemanuel.com | dwalton@bellnunnally.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | Troy Lee (T.J.) Hales |
| 1300 I St. NW, Suite 900 | thales@bellnunnally.com |
| Washington, DC 20005 | BELL NUNNALLY & MARTIN, LLP |
| Telephone: (202) 538-8225 | 2323 Ross Avenue, Suite 1900 |
| | Dallas, TX 75201 |
| Christopher Daniel Kercher (admitted *pro hac vice*) | *Counsel for Defendant RPM Living, LLC* |
| christopherkercher@quinnemanuel.com | |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | |
| 51 Madison Avenue, 22nd Floor, | |
| New York, New York 10010 | |
| Telephone: (212) 849-7000 | |
| | |
| Andrew Gardella, Esq. (TN Bar #027247) | |
| agardella@martintate.com | |
| MARTIN, TATE, MORROW & MARSTON P.C. | |
| 315 Deaderick Street, Suite 1550 | |
| Nashville, TN 37238 | |
| Telephone: (615) 627-0668 | |
| | |
| *Counsel for Defendant Highmark Residential, LLC* | |

*/s/ Gregory J. Casas*
Gregory J. Casas (admitted pro hac vice)
greg.casas@us.dlapiper.com
Emily W. Collins (admitted pro hac vice)
emily.collins@us.dlapiper.com
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, Texas 78701
Telephone: (512) 457-7290

Becky L. Caruso (admitted pro hac vice)
becky.caruso@us.dlapiper.com
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
Telephone: (973) 520-2550

*/s/ Ryan T. Holt*
Ryan T. Holt (Bar No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (Bar No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200

*Counsel for Defendant Willow Bridge Property Company (f/k/a Lincoln Property Company)*

*/s/ Andrew Harris*
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

*/s/ Georgia K. Winston*
Georgia K. Winston (admitted *pro hac vice*)
gwinston@wmhlaw.com
WALDEN MACHT & HARAN LLP
250 Vesey Street
New York, NY 10281
Telephone: (212) 335-2030

Jennifer S. Rusie
Jennifer.rusie@jacksonlewis.com
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 656-1664

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

| | |
|---|---|
| /s/ Jeffrey C. Bank | /s/ Valentine Hoy |
| Jeffrey C. Bank | Valentine Hoy (admitted *pro hac vice*) |
| jbank@wsgr.com | Scott Perlin (admitted *pro hac vice*) |
| WILSON SONSINI GOODRICH & ROSATI PC | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS |
| 1700 K Street NW, Fifth Floor | 600 West Broadway, 27th Floor |
| Washington, DC 20006 | San Diego, CA 92101 |
| Telephone: (202) 973-8800 | Telephone: (619) 233-1155 |
| | vhoy@allenmatkins.com |
| Rachael Racine | sperlin@allenmatkins.com |
| rracine@wsgr.com | |
| WILSON SONSINI GOODRICH & ROSATI PC | Patrick E. Breen (admitted *pro hac vice*) |
| 1301 Avenue of the Americas, 40th Floor | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS |
| New York, NY 10019 | 865 South Figueroa Street, Suite 2800 |
| Telephone: (212) 497-7766 | Los Angeles, CA 90017 |
| | Telephone: (213) 622-5555 |
| *Counsel for Defendant Morgan Properties Management Company, LLC* | pbreen@allenmatkins.com |
| | |
| | Gibeault "Beau" C. Creson |
| | SIMS|FUNK, PLC |
| | 3102 West End Avenue, Ste. 1100 |
| | Nashville, TN 37203 |
| | Telephone: (615) 292-9335 |
| | bcreson@simsfunk.com |
| | |
| | *Counsel for Defendant Sares Regis Group Commercial, Inc.* |

<table>
<tr><td>

*/s/ Mark McKane, P.C.*
Mark McKane, P.C. (*pro hac vice*)
mark.mckane @kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.*

</td><td>

*/s/ Edwin Buffmire*
Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
Michael J. Murtha
mmurtha@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Samuel P. Funk (TN Bar # 019777)
SIMS|FUNK, PLC
3102 West End Ave., Suite 1100
Nashville, Tennessee 37203
Telephone: (615) 292-9335
Fax: (615) 649-8565
sfunk@simsfunk.com

*Counsel for Defendants Trammell Crow Residential Company and Crow Holdings, LP*

</td></tr>
</table>

*/s/ Ferdose al-Taie*
Ferdose al-Taie (admitted *pro hac vice*)
faltaie@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL &
BERKOWITZ, P.C.
956 Sherry Lane, 20th Floor
Dallas, TX 75225
Telephone: (214) 391-7210

Christopher E. Thorsen (BPR # 21049)
cthorsen@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL &
BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5600

*Counsel for Defendant ZRS Management, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

<div style="text-align: right">

*/s/ David D. Cross*
David D. Cross

*Counsel for Defendant UDR, Inc.*

</div>