Motion (1284) is **GRANTED.**

*Waverly D. Crenshaw, Jr*

US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071 MDL No. 3071 |
|  | JURY DEMAND |
|  | Judge Waverly D. Crenshaw, Jr. |
|  | This Document Relates to: ALL CASES |

## PLAINTIFFS' MOTION TO FILE RESPONSE TO STATEMENT OF INTEREST FILED BY FOUR STATE ATTORNEYS GENERAL

On October 1, 2025, Plaintiffs filed a Motion for Preliminary Approval, seeking preliminary approval of class settlements with certain Defendants. (Dkt. 1246.) On October 24, 2025, the Attorneys General for the District of Columbia, Kentucky, Maryland, and New Jersey filed a Statement of Interest Regarding Preliminary Approval of Proposed Settlements (the "Statement of Interest"). (Dkt. 1281.) Per Defendants' request, the Court today granted Defendants until October 31, 2025 to file a Response to the Statement of Interest.

Plaintiffs respectfully seek leave to file a brief by **November 4, 2025**, to respond to the Statement of Interest and (if warranted) any arguments made by the Defendants in their submission.