UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071 ) MDL No. 3071 ) ) THIS DOCUMENT RELATES TO: ) ALL CASES ) |

## ORDER

Based upon the Joint Status Report (Doc. No. 1298) the status conference set for Friday, November 14, 2025, is CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE